John W. Barrett (*Pro Hac Vice*)
dbarrett@barrettlawgroup.com
**BARRETT LAW GROUP, P.A.**
P.O. Box 297
404 Court Square N
Lexington, MS 39095
Telephone: (662) 834-2488

*Attorneys for Plaintiffs San Miguel Hospital Corporation d/b/a Alta Vista Regional Hospital and Hayward Sisters Hospital d/b/a St. Rose Hospital*

James L. Bernard (*Pro Hac Vice*)
james.bernard@hlc.com
Julie G. Matos (*Pro Hac Vice*)
julie.matos@hlc.com
**HOGAN LOVELLS CADWALADER US LLP**
200 Liberty Street
New York, NY 10281
Telephone: (212) 504-6000

Mark David McPherson (SBN 307951)
mmcpherson@goodwinlaw.com
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8869

*Attorneys for Defendants McKinsey & Company, Inc.; McKinsey & Company, Inc. United States; McKinsey & Company, Inc. Washington D.C.; and McKinsey Holdings, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

IN RE: MCKINSEY & CO., INC. NATIONAL PRESCRIPTION OPIATE CONSULTANT LITIGATION

This Document Relates to:

*San Miguel Hospital Corporation d/b/a Alta Vista Regional Hospital and Hayward Sisters Hospital d/b/a St. Rose Hospital v. McKinsey & Company, Inc. et al.*, No. 3:24-cv-04217

Case No. 21-md-02996-CRB (SK)

**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING PAGE LIMITS FOR BRIEFING ON RULE 12(B)(6) MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Judge: Hon. Charles R. Breyer

Courtroom: 6, 17th Floor

## STIPULATION

WHEREAS, this Court previously entered a briefing schedule directing McKinsey to file its Rule 12(b)(6) motion to dismiss by September 11, 2026; Plaintiffs to file an opposition to that motion to dismiss by November 10, 2026; and McKinsey to file its reply by December 11, 2026 (ECF No. 987);

WHEREAS, McKinsey's motion seeks dismissal of the First Amended Complaint (ECF No. 692);

WHEREAS, given the nature of the claims asserted in the Amended Complaint, the parties agree that the issues McKinsey intends to raise in its memorandum of points and authorities in support of its motion to dismiss cannot be addressed adequately within the number of pages contemplated by this Court's standing order;

WHEREAS, the parties have met and conferred about extending page limits given these limitations;

WHEREAS, the parties have agreed on extending the page limits for McKinsey's opening memorandum of points and authorities in support of its motion to dismiss and Plaintiffs' memorandum of points and authorities in opposition to that motion;

NOW, THEREFORE, the parties hereby agree and stipulate to the following page limits for McKinsey's motion to dismiss:

- **Opening Memorandum of Points and Authorities**: 25 pages
- **Opposing Memorandum of Points and Authorities**: 25 pages

IT IS SO STIPULATED.

Dated: September 11, 2026

By: /s/ John W. Barrett
John W. Barrett (*Pro Hac Vice*)
dbarrett@barrettlawgroup.com
**BARRETT LAW GROUP, P.A.**
P.O. Box 297
404 Court Square N
Lexington, MS 39095
Telephone: (662) 834-2488

*Attorneys for Plaintiffs San Miguel Hospital Corporation d/b/a Alta Vista Regional Hospital and Hayward Sisters Hospital d/b/a St. Rose Hospital*

By: */s/ Mark David McPherson*

**GOODWIN PROCTER LLP**
Mark David McPherson (SBN 307951)
mmcpherson@goodwinlaw.com
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8869

**HOGAN LOVELLS**
**CADWALADER US LLP**
James L. Bernard (*Pro Hac Vice*)
james.bernard@hlc.com
Julie G. Matos (*Pro Hac Vice*)
julie.matos@hlc.com
200 Liberty Street
New York, NY 10281
Telephone: (212) 504-6000

*Attorneys for Defendants McKinsey & Company, Inc.; McKinsey & Company, Inc. United States; McKinsey & Company, Inc. Washington D.C.; and McKinsey Holdings, Inc.*

**ATTORNEY ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 11, 2026

*/s/ Mark David McPherson*
MARK DAVID McPHERSON

**[~~PROPOSED~~] ORDER**

Pursuant to the stipulation, and for good cause shown, IT IS SO ORDERED.

DATED: September 14, 2026

CHARLES R. BREYER
United States District Judge